THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION



FILED
JAN 3 1 2019
Clerk, U.S District Court
District Of Montana
Great Falls

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-07-95-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| CHARLES EARL JACKSON, | |
| Defendant. | |

Defendant Charles Earl Jackson has moved for early termination of his current term of supervised release. (Doc. 59.) The Government opposes the motion. (Doc. 62.) Jackson's probation officer also opposes the motion. *Id.* at 3. The Court conducted a hearing on the motion on January 30, 2019. For the reasons below, the Court will grant Jackson's motion.

Jackson pleaded guilty to assault with a dangerous weapon in violation of 18 U.S.C. §§ 1153 and 113(a)(3). The Court sentenced Jackson to 120 months imprisonment followed by three years of supervised release (Docs. 46, 47.) Jackson's supervised release commenced on November 10, 2016, and will end on November 9, 2019. Jackson has completed approximately 25 months of his supervised release.

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such

action remains "warranted by the conduct of the defendant and the interests of justice." 18 U.S.C. § 3564(c) The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The record reflects that Jackson has complied with his supervision conditions. Jackson has demonstrated he is able to conform his conduct to the law. Jackson has obtained steady employment and has changed his lifestyle to address the Court's obligations. (Doc. 60 at 2.) Jackson does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 59) is **GRANTED**.

DATED this 30th day of January, 2019.

Brian Morris
United States District Court Judge